UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  KIMBERLY ANN KLAUS,

    Debtor,
_____

Case No. 12-11559

HONORABLE DENISE PAGE HOOD

    United States of America,

        Movant,

v.

Krispen S. Carroll, Trustee,

        Respondent.
_____/

**ORDER DENYING MOTION TO WITHDRAW REFERENCE**
**and**
**ORDER CLOSING CASE**

    For the reasons set forth in the Opinion entered this date, accordingly,

    IT IS ORDERED that the Motion to Withdraw the Reference filed by the United States of America **(Doc. No. 1, 4/6/2012)** is DENIED.

    IT IS FURTHER ORDERED that this matter is CLOSED.

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated:  October 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager